# **RETURN OF SERVICE**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT District of Florida

Case Number: 24-CV-23616-CMA

**Plaintiff: ANTHONY SHNAYDERMAN, et al., on behalf of themselves and all others similarly situated,**

vs.

**Defendant: OZONE NETWORKS, INC. (d/b/a OPENSEA),**

For:
The Moskowitz Law Firm
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

Received by Magic City Process Service, LLC on the 27th day of September, 2024 at 1:01 pm to be served on **Ozone Networks, Inc. (D/B/A Opensea), C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525**.

I, ERIC LARSON #063, do hereby affirm that on the **1st day of October, 2024** at **1:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY DEMAND, CIVIL COVER SHEET, Notice of Electronic Filing, ORDER, NOTICE OF CLARIFICATION REGARDING THE COURT'S SUBJECT MATTER JURISDICTION** with the date and hour of service endorsed thereon by me, to: **ALIC MADDOX** as **CLERK FOR RA** for **Ozone Networks, Inc. (D/B/A Opensea), C/O CORPORATION SERVICE COMPANY**, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
ALICE MADDOX, CLERK FOR RA, BF 25 YRS 5'1 100 LBS BLACK HAIR NO GLASSES

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made

**ERIC LARSON #063**
Process Server

**Magic City Process Service, LLC
1825 PONCE DE LEON BLVD #283
CORAL GABLES, FL 33134
(786) 881-8228**

Our Job Serial Number: MGS-2024008173

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a