UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23616-CIV-ALTONAGA

**ANTHONY SHNAYDERMAN**, *et al.*,

    Plaintiffs,

v.

**OZONE NETWORKS, INC.**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the Notice of Voluntary Dismissal of Defendant Ozone Networks, Inc. (d/b/a Opensea) without Prejudice [ECF No. 26].

Accordingly, it is

**ORDERED AND ADJUDGED** that the above-styled action is **DISMISSED** without prejudice, and the Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 12th day of November, 2024.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record